**Opinion filed November 17, 2011**



# In The

# Eleventh Court of Appeals

_____

## No. 11-11-00222-CV

_____

## IN THE MATTER OF F.D.L., A CHILD

**On Appeal from the County Court at Law**

**Midland County, Texas**

**Trial Court Cause No. J06219**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a finding that F.D.L. engaged in delinquent conduct. F.L. is the child's father and joint managing conservator. With the assistance of the child's retained counsel, he filed a notice of appeal on behalf of the child. F.L. has now filed a motion to dismiss the appeal pursuant to TEX. R. APP. P. 42.2 wherein he seeks to withdraw his notice of appeal and dismiss the appeal. The child's retained counsel also signed the motion to dismiss the appeal.

We note that Rule 42.2 is the rule governing the dismissal of criminal appeals. Appeals in juvenile proceedings are governed by the appellate rules for civil appeals. *See* TEX. FAM. CODE ANN. § 56.01(b) (West Supp. 2011). Thus, TEX. R. APP. P. 42.1 applies. F.L.'s motion complies with Rule 42.1(a)(1). Accordingly, the motion is granted.

The notice of appeal is withdrawn, and the appeal is dismissed.

PER CURIAM

November 17, 2011

Panel consists of:  Wright, C.J.,
McCall, J., and Hill, J.[1]

---

[1]John G. Hill, Former Justice, Court of Appeals, 2nd District of Texas at Fort Worth, sitting by assignment.